131 U.S. 427
 9 S.Ct. 794
 33 L.Ed. 221
 AMERICAN DIAMOND ROCK-BORING CO.
v.
SHELDON et al.
SAME
v.
RUTLAND MARBLE CO.
SAME
v.
GILSON et al.
SAME
v.
SUTHERLAND FALLS MARBLE CO.
SAME
v.
SHERMAN et al.
SAME
v.
HAWLEY et al.
SAME
v.
FLINT et al.
SAME
v.
KELLEY.
SAME
v.
HOLLISTER.
SAME
v.
FREEDLEY et al.
SAME
v.
COLUMBIAN MARBLE CO.
SAME
v.
CUTTER MARBLE CO.
 December 20, 1888.
 
 1
 E. G. Thompson, for appellants.
 
 
 2
 E. T. Rice, for appellees.
 
 
 3
 No opinion. Dismissed, with costs, pursuant to the tenth rule.